```
K3K7LYMC
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                         19 Cr. 651 (LTS)

THEOFRASTOS LYMBERATOS,

             Defendant.

------------------------------x

                                New York, N.Y.
                                March 20, 2020
                                11:30 a.m.

Before:

                HON. LAURA TAYLOR SWAIN
                                District Judge

                APPEARANCES (via telephone)

GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York
BY:  ROBERT SOBELMAN
     Assistant United States Attorney

DAVID BERTAN
JEFFREY LIETMAN
     Attorneys for Defendant

1            (Telephonic conference)
2            THE COURT:  Good morning, everyone.
3            Counsel, please state your appearances.
4            MR. SOBELMAN:  Robert Sobelman for the United States.
5    Good morning, your Honor.
6            MR. LIETMAN:  Jeffrey Lietman for the defendant
7    Theofrastos Lymberatos.
8            MR. BERTAN:  David Bertan for Mr. Lymberatos.
9            THE COURT:  Good morning.  And is Mr. Lymberatos also
10   on?
11           THE DEFENDANT:  Good morning, your Honor.  This is
12   Theofrastos Lymberatos.
13           THE COURT:  Good morning.  And is Mr. Einhorn also on?
14           MR. LIETMAN:  No, Judge, just us.
15           THE COURT:  All right.  And so we've called this
16   conference because I understand that Mr. Lymberatos has
17   retained the office of Mr. Lietman and is requesting that
18   Mr. Bertan, the court-appointed CJA attorney, be relieved of
19   the representation.  Is that correct?
20           MR. BERTAN:  One minor matter, I am retained.
21           THE COURT:  I'm sorry, we were trying to figure out
22   from the docket sheet and there were ambiguous indications.  So
23   Mr. Bertan will be replaced by retained counsel Mr. Lietman's
24   office.  Is that correct?
25           MR. LIETMAN:  Yes.

Case 1:19-cr-00651-LTS   Document 252   Filed 05/01/20   Page 3 of 4      3
K3K7LYMC

```
 1            THE COURT:  And, Mr. Lymberatos, do you wish me to
 2   relieve Mr. Bertan and recognize Mr. Lietman and Mr. Einhorn as
 3   your attorneys of record?
 4            THE DEFENDANT:  Yes, your Honor.
 5            THE COURT:  And do you understand that they will not
 6   be court appointed counsel, and you will be responsible for the
 7   expenses of the representation, including their fees?
 8            THE DEFENDANT:  Yes, your Honor.
 9            THE COURT:  Very well, then.  Mr. Lietman and
10   Mr. Bertan, will you make the necessary arrangements for
11   transferring information?
12            MR. BERTAN:  Yes, your Honor.  I have already heard
13   from Ms. Greenwood who is discovery coordinator.  I have the
14   drive of discovery.  And there is a protective order in place.
15   My understanding is that new counsel has already begun working
16   with Emma regarding signing the protective order.  If
17   necessary, I will just transfer my drive over to counsel once
18   the order is signed.
19            THE COURT:  And, Mr. Sobelman, you will do whatever
20   you need to do to help get Mr. Lietman up to speed?
21            MR. SOBELMAN:  Yes, of course, your Honor.
22            THE COURT:  Thank you.  And so we will enter an order
23   reflecting the substitution of counsel.
24            Ms. Ng, will you prepare that?
25            DEPUTY COURT CLERK:  Yes, I will, Judge.
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1       THE COURT:  Thank you.  Are there any other matters
2  that we all need to take up together?
3       MR. LIETMAN:  No, Judge.
4       MR. SOBELMAN:  Nothing from the government.
5       THE COURT:  Thank you.  All right.  Everyone keep safe
6  and keep well.  The next conference in this case is scheduled
7  for April 28, 2020 at 10 in the morning, so with that we will
8  adjourn.  Take care, everyone.
9       (Adjourned)