# Law Offices of Jill R. Shellow

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

July 8, 2020

**BY ECF AND EMAIL**
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
SwainNYSDCorresp@nysd.uscourts.gov

      **RE:** *United States v. Constantinescu, et al.*, **19-cr-651 (LTS)**

Dear Judge Swain:

    I am writing in response to the June 30, 2020 email that I received from Your Honor's chambers about the status conference scheduled for July 15, 2020. As Your Honor requested, I have been in touch with the prosecutors and canvassed defense counsel. All counsel agree that an in-person conference with all defendants is not feasible now. Accordingly, we respectfully request that Your Honor adjourn the July conference to a date in mid-September 2020. All defense counsel join in this request and agree to the exclusion of this time under the Speedy Trial Act, 18 U.S.C. § 3116(h)(7)(A). The Government consents to this request.

    Thank you for your consideration.

                                                Respectfully submitted,

                                                Jill R. Shellow

cc:     All counsel (by email and ECF)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC