

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 4, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   *United States v. Gabriel Orzanica*, S4 19 Cr. 651 (LTS)

Dear Judge Swain:

      The Government respectfully submits this letter jointly with the defendant to request that the Court schedule a change of plea hearing at the Court's earliest convenience. The Government and the defendant both consent to a remote proceeding.

The Court will request remote hearing arrangements for December 16, 2020, at 11:00 a.m. Because the precise date, time and modality cannot be confirmed until late in the preceding week, counsel are requested to keep their calendars open from 9:00 a.m. to 2:00 p.m. on December 16, 2020, to the extent feasible. DE#388 resolved.
SO ORDERED.
12/4/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:   /s/
      Elizabeth A. Hanft
      Samuel P. Rothschild
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-2334/6527/2616

cc:   Kristen Santillo, Esq. (by ECF)