

March 31, 2021

**VIA ECF**
The Honorable Laura Taylor Swain, U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

  *Re: United States v. Orzanica,* 1:19-cr-00651-LTS

Dear Judge Swain:

  Mr. Orzanica is scheduled to be sentenced by this Court on April 14, 2021.  Under the Court's individual rules, sentencing submissions are due two weeks before sentencing.  I write to respectfully request a brief extension of time to file a sentencing submission, until Friday April 2, 2021.  Due to scheduling difficulties with the MCC, where Mr. Orzanica is being detained, and issues with Romanian translations, I respectfully request until Friday, April 2, 2021 to file his submission.  The Government has no objection to this request.  Thank you for your consideration.

                Sincerely,

The requested extension is granted.   /s/ Kristen M. Santillo
DE#562 resolved.
SO ORDERED.          Kristen M. Santillo
3/31/2021
/s/ Laura Taylor Swain, USDJ