UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                             No.  19 CR 651-LTS

GABRIEL ORZANICA,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received Defendant's sentencing submission, accompanied by a psychiatric report.  Defendant requests that the report be maintained under seal because it contains medical and sensitive personal information of the defendant and his family members.  (Docket Entry no. 571, Exh. A.)  Much of the information in the psychiatric report is, however, already disclosed in the publicly filed sentencing memorandum.  (Docket Entry no. 571.)

Accordingly, Defendant is directed to revise the sealing application by filing a letter motion to redact and seal only those portions of the psychiatric report that disclose medical or sensitive personal information that is not included in the filed sentencing memorandum.  Defendant's letter motion must be filed by **April 9, 2021**.  In accordance with the Court's Individual Rules, counsel must provide chambers with a highlighted copy of the proposed redactions by e-mail.

       SO ORDERED.

Dated: New York, New York
       April 6, 2021

                                                 /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge