

April 9, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re: *United States v. Gabriel Orzanica,* 19-cr-651

Dear Judge Swain:

    In accordance with the Court's order dated April 6, 2021, *see* Dkt. No. 575, we have compared the psychiatric report attached as Exhibit A to Gabriel Orzanica's sentencing submission with the submission itself and have determined that the report does not contain any sensitive personal information that is not disclosed in the sentencing memorandum. Accordingly, we withdraw our request to file any portion of that report under seal. A copy of the report is attached; the only redactions are to redact the names of minor children, pursuant to Federal Rule of Civil Procedure 5.2(a)(3). We respectfully request that the Court accept this Exhibit A as a replacement for Exhibit A attached to our sentencing submission at Docket No. 571, and order the Clerk to make such a substitution. Thank you for your consideration.

    Sincerely,

The request is granted. DE#587 resolved.
SO ORDERED.
4/9/2021
/s/ Laura Taylor Swain, USDJ

/s/ Kristen M. Santillo
Kristen Santillo