UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                          No. 19-CR-651-LTS

GABRIEL ORZANICA,

        Defendant.

--------------------------------------------------------x

### ORDER

A sentencing hearing was held in this matter on April 14, 2021. In accordance with the Court's oral order at that hearing, the Bureau of Prisons is hereby directed to provide Mr. Orzanica with prompt medical attention for the hearing loss, testicular, headache and infection conditions detailed in paragraphs 88 through 90 of the Presentence Report, as well as language-accessible mental health services under appropriately confidential conditions.

The United States Attorney's Office is directed to deliver a copy of this order and a copy of paragraphs 88 through 90 of the Presentence Report to the legal department of the Metropolitan Correction Center immediately and file a certificate of such service on the docket.

SO ORDERED.

Dated: New York, New York
       April 15, 2021

                                                  __/s/ Laura Taylor Swain_____
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge