UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                          :

UNITED STATES OF AMERICA               :

                                                          :

            - v. -                                    :

                                                          :          S4 19 Cr. 651 (LTS)

GABRIEL ORZANICA,                      :

                                                          :          **AFFIRMATION OF SERVICE**

                          Defendant.       :

                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       I, Elizabeth Hanft, affirm under penalty of perjury as follows:

       1.       I am an Assistant United States Attorney in the Southern District of New York.

       2.       On April 16, 2021, upon receipt of this Court's order dated April 15, 2021 (Dkt. 600 (the "Order")), I emailed to multiple representatives of the Metropolitan Correctional Center ("MCC") and the Federal Bureau of Prisons ("BOP") a copy of the Order, along with a copy of paragraphs 88 through 90 of defendant Gabriel Orzanica's Presentence Investigation Report. In the body of the email, I included the relevant text of the Order and the relevant paragraphs of the Presentence Investigation Report. I asked for confirmation of receipt of the email and Order on behalf of the MCC Legal Department as soon as possible. I further asked to be informed whether the Order should be served on anyone else within the MCC or BOP.

Dated:  New York, New York
          April 16, 2021

                                                       _____
                                                       Elizabeth Hanft
                                                       Assistant United States Attorney
                                                      (212) 637-2334